# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

| | |
|---|---|
| United States of America <br> v. <br><br> William Johnson <br> *Defendant(s)* | ) ) ) ) ) ) ) Case No. 1:21-mj-897 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __July 9, 2021__ in the county of __Marion__ in the __Southern__ District of __Indiana__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Possession of a Firearm By a Prohibited Person |

This criminal complaint is based on these facts:

See attached Affidavit.

☑ Continued on the attached sheet.

s/Ryan VanOeveren
*Complainant's signature*

Ryan VanOeveren, Task Force Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __September 23, 2021__

City and state: __Indianapolis, Indiana__

Doris L. Pryor
United States Magistrate Judge
Southern District of Indiana

## AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR A CRIMINAL COMPLAINT

Your Affiant, Ryan VanOeveren, being duly sworn, does depose and state:

**Affiant Background and Purpose of Affidavit**

1. I am a Detective with the Indianapolis Metropolitan Police Department (IMPD) and have been employed by IMPD and its predecessor organization, the Indianapolis Police Department, as a sworn law enforcement officer since 2000. I am also a Task Force Officer (TFO) with the federal Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF), a component of the United States Department of Justice, and I have been so employed since 2017. In connection with my official ATF duties, I investigate criminal violations of federal laws, including, but not limited to, firearms and violent crime offenses in violation of Title 18, United States Code, Sections 922(g), 924(c), 1951, and 2119. In addition to my IMPD and ATF experience, I was previously assigned as a TFO with the Federal Bureau of Investigation (FBI) Safe Streets Task Force in Indianapolis for approximately four years between 2009 and 2013.

2. I have testified in judicial proceedings and prosecutions for violations of firearms laws and narcotics violations. I have also been involved in various types of surveillance and in the debriefing of defendants, witnesses, informants, and others who have knowledge of the use of firearms in conjunction with other criminal activities, including violent crimes and the distribution of controlled substances.

3. The information set forth in this Affidavit is based upon my participation in this investigation, review of law enforcement reports, discussions with other law enforcement officers involved in the investigation, and my experience and training. This Affidavit does not set forth every fact your Affiant has learned during this investigation, but rather is provided solely for establishing probable cause in support of the application for a Complaint in this matter. The

information contained in the following paragraphs is either personally known to your Affiant or was told to your Affiant by other law enforcement officers.

4. This Affidavit is submitted in support of a Criminal Complaint charging William JOHNSON (date of birth XX/XX/1984) and Social Security Number XXX-XX-6105) with Possession of a Firearm By a Prohibited Person in violation of Title 18, United States Code, Section 922(g)(1). The information contained in the following paragraphs is either personally known to your Affiant or was told to your Affiant by other law enforcement officers.

### Facts Supporting Probable Cause

5. On Thursday, July 8, 2021, at approximately 8:24 p.m., Indianapolis Metropolitan Police Department (IMPD) plain clothes detectives and uniform officers were in the 1000 block of North Lesley Avenue, Indianapolis, Indiana conducting surveillance on JOHNSON to serve a valid state of Indiana limited arrest warrant for DNA/Buccal swabs. IMPD officers were proactively observing/patrolling the area when IMPD detectives observed JOHNSON driving a white Dodge Journey with Indiana license plate number BTK648. IMPD detectives followed JOHNSON to the Kroger parking lot located at 7101 East 10th Street, Indianapolis, Indiana where he parked the vehicle.

6. JOHNSON exited the vehicle and walked westbound in the parking lot when IMPD detectives and uniform officers approached him. JOHNSON observed IMPD detectives approaching and fled southbound on foot through the parking lot holding the front waistband area of his shorts. IMPD detectives and uniform officers loudly announced "Police Stop" and JOHNSON continued to run through the parking lot. JOHNSON ran behind a vehicle in the parking lot and IMPD detectives heard something hit the ground. JOHNSON began running again and

was eventually caught and placed under arrest. Search incident to arrest, IMPD detectives located an empty black pistol holster in JOHNSON's front waistband.

7. IMPD detectives located a loaded Glock 26 Gen 5 handgun in the parking lot where JOHNSON was observed behind a vehicle and heard something hit the ground. All the evidence was photographed and transported to the IMPD property room. The Glock 26 Gen 5 handgun was processed for DNA by Marion County Crime Lab (MCCL) Specialist M. Huffine. The limited arrest warrant for JOHNSON's DNA was served at IMPD Homicide office. JOHNSON was transported to the Marion County Jail.

8. On September 14, 2021, Indianapolis-Marion County Forensic Services Agency (IMCFSA) Forensic Scientist Alaina Kreger analyzed Item 52.2. The item is one (1) swab with possible DNA sample recovered from the grip, trigger guard, magazine release, and knurled areas of the pistol. This was compared to the buccal cell standard labeled as being from William JOHNSON. Forensic Scientist Kreger determined that the DNA contained a mixture of two individuals; a major and a minor contributor. The major contributor DNA profile matched the DNA profile of William JOHNSON and is estimated to occur once in more than 330 billion unrelated individuals.

9. JOHNSON has sustained a conviction for a crime punishable by more than one (1) year of imprisonment, that is;

   a. Unlawful Possession of a Firearm by a Serious Violent Felon (a B Level Felony) in Marion County (Indiana) case number 49G20-0911-PC-093804, on or about February 23, 2011; and/or

   b. Dealing in a Narcotic Drug (an A Level Felony) in Marion County (Indiana) case number 49G20-0810-FA-238700, on or about February 9, 2010; and/or

    c. Battery Resulting in Serious Bodily Injury (a C Level Felony) in Marion County (Indiana) case number 49G03-0411-FC-202342, on or about March 4, 2005;

10. The Glock 26 Gen 5 9mm pistol bearing serial number ADKD431 described above was not manufactured in the state of Indiana. By virtue of its presence in the State of Indiana, therefore, the firearms had to have been transported or shipped in interstate or foreign commerce.

11. At the time JOHNSON possessed the Glock 26 Gen 5 9mm pistol, JOHNSON knew that he had been previously convicted of a crime punishable by more than one year of imprisonment.

12. All of the above-described events occurred in the Southern District of Indiana, Indianapolis Division.

**Conclusion and Request**

13. Your Affiant submits that, based on the facts set forth in this Affidavit, probable cause exists that on July 8, 2021, in the Southern District of Indiana, William JOHNSON, having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm in violation of Title 18, United States Code, Section 922(g)(1). Accordingly, your Affiant requests this Court issue a Criminal Complaint charging JOHNSON with this crime, along with a warrant for his arrest.

/s/ Ryan VanOeveren,
Ryan VanOeveren, Task Force Officer
Bureau of Alcohol, Tobacco, Firearms, and Explosives

Attested to by the applicant in accordance with the requirements of Federal Rules of Criminal Procedure 4.1 and 41(d)(3) by telephone (reliable electronic means).

Date: September 23, 2021



Doris L. Pryor
United States Magistrate Judge
Southern District of Indiana